**SEALED**

FILED
May 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Mohammad Amr Alhashemi,<br>  aka Inseeno,<br><br>          Defendant. | CASE NO. 1:24-mj-00058-BAM<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 5/15/24

*B. McAuliffe*
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE