PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMAD AMR ALHASHEMI,<br>　aka Inseeno,<br><br>　　　　　　Defendant. | CASE NO. 1:24-MJ-00058-BAM<br><br>MOTION AND ORDER TO UNSEAL CASE |

　　　The government moves the Court to unseal the Complaint in this case.  On June 24, 2024, the undersigned was advised by the FBI/Legal Attaché Office in London that the defendant was arrested and will appear before British authorities in connection with his extradition to the United States to answer the charges filed herein.  Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: June 24, 2024　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen A. Escobar*
　　　　　　　　　　　　　　　　　　　　　　　　　KAREN A. ESCOBAR
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMAD AMR ALHASHEMI,<br>　aka Inseeno,<br><br>　　　　　　　　Defendant. | CASE NO. 1:24-MJ-00058-BAM<br><br>ORDER TO UNSEAL CASE |

　　Good cause appearing due to the defendant's'arrest in this case, it is ordered that the Complaint in the case be UNSEALED.

　　IT IS SO ORDERED.

DATED: June 24, 2024

　　　　　　　　　　　　　　　　　　　　　　B. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2